FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

OCT 2 8 2005

Stephan Harris, Clerk
Cheyenne

# UNITED STATES DISTRICT COURT

## DISTRICT OF WYOMING

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| vs. | |
| ANDREW ADDISON | CASE NUMBER: 05-CR-202-WCB |

Thomas Fleener
Defendant's Attorney

**THE DEFENDANT:** pleaded guilty to count(s) 1.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. §2244(b) and 1153 | Knowingly engaged in Sexual Contact with Another Person Without that Person's Permission | 10/31/1999 | 1 |

The defendant is sentenced as provided in pages 2 through 4 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of residence or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

9/28/05
Date of Imposition of Sentence

William C. Beaman
U.S. Magistrate Judge

October 28, 2005
Date

DEFENDANT: ANDREW ADDISON  Judgment-Page 2 of 4
CASE NUMBER: 05-CR-202-B

## UNSUPERVISED PROBATION

The defendant shall be on unsupervised probation for a term of six months.

While on unsupervised probation, the defendant shall not commit another federal, state or local crime.

While on unsupervised probation, the defendant shall not illegally possess a controlled substance. Revocation of unsupervised probation is mandatory for possession of a controlled substance.

The defendant shall make special assessment and restitution payments as ordered by the Court and is required to notify the Court, of any material change in the defendant's economic circumstances that might affect the defendant's ability to meet these monetary obligations.

The defendant shall not consume or possess any alcoholic beverages, and shall not frequent establishments where the sale of alcohol is their primary source of business such as bars, lounges, gambling casinos and social organizations. The defendant may be in restaurants but not in the bar areas or have alcohol at the table.

The defendant shall comply with the following additional conditions:

The defendant shall have full time employment of at least 35 hours a week.

The defendant shall have no contact with the victim either directly or indirectly.

The defendant shall register as a sex offender in any State where the defendant resides, is employed, carries a vocation, or is a student which is mandatory pursuant to § 18 U.S.C. 3563(a)(7) and 18 U.S.C. 4042 (c)(4)

DEFENDANT: ANDREW ADDISON                                    Judgment-Page 3 of 4
CASE NUMBER: 05-CR-202-B

## FINANCIAL PENALTIES

The defendant shall pay the following total financial penalties in accordance with the schedule of payments set out below.

| Count | Assessment | Restitution | Fine |
|---|---|---|---|
| 0 | $10.00 | $0.00 | $100.00 |
| **Totals:** | $10.00 | $0.00 | $100.00 |

## FINE AND/OR RESTITUTION

The fine and/or restitution includes any costs of incarceration and/or supervision. The fine, which is due immediately, is inclusive of all penalties and interest, if applicable.

The defendant shall pay interest on any fine and/or restitution of more than $2,500, unless the fine and/or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the below payment options are subject to penalties for default and delinquency pursuant to 18 U.S.C. § 3612(g).

The court has determined that the defendant does not have the ability to pay interest or penalties and it is ordered that:

    The interest and penalties not be applied to fine and/or restitution.

DEFENDANT: ANDREW ADDISON                                          Judgment-Page 4 of 4
CASE NUMBER: 05-CR-202-B

## SCHEDULE OF PAYMENTS

Payments shall be applied in the following order: (1) assessment; (2) restitution; (3) fine principal; (4) cost of prosecution; (5) interest; (6) penalties.

The total fine and other monetary penalties shall be due as follows:

> In **monthly** installments of **$25.00** over a period of **four** to commence 30 days after the date of this judgment and shall be paid 30 days prior to release from unsupervised release.
>
> These payments shall be paid thru the Financial Litigation Unit of the United States Attorney's Office. The payments shall be sent to:
>
> > U.S. Attorney Office
> > Financial Litigation Unit
> > Attn: Kathy
> > P.O. Box 668
> > Cheyenne, WY 82003

All financial penalty payments are to be made to the Clerks Office, except those payments made through the Bureau of Prisons' Inmate Financial Responsibility Program.